UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| IMS HEALTH INCORPORATED; VERISPAN, LLC; and SOURCE HEALTHCARE ANALYTICS, INC., a subsidiary of WOLTERS KLUWER, HEALTH INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:07-cv-00127-JAW |
| vs. | ) ) | |
| WILLIAM J. SCHNEIDER, as Attorney General of the State of Maine, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION REGARDING JUDGMENT ON COUNT I

For the reasons set forth in the recent decision of the Supreme Court of the United States in *Sorrell v. IMS Health Inc.*, 564 U.S. ___ (2011), the parties hereby stipulate to the entry of judgment on Count I of the plaintiffs' Complaint, dated August 29, 2007, declaring that 22 M.R.S. § 1711-E(2-A) and § 1711-E(3), to the extent that it provides for enforcement of § 1711-E(2-A), are in violation of the First and Fourteenth Amendments to the United States Constitution.

Dated:  August 19, 2011               Respectfully submitted,

/s/ Thomas R. Julin
Thomas R. Julin, Esq.
tjulin@hunton.com
Hunton & Williams, LLP
1111 Brickell Ave., Suite 2500
Miami FL 33131
Tel. (305) 810-2516

John H. Montgomery, Esq.
jmontgomery@bernsteinshur.com
Bernstein, Shur
PO Box 9729
Portland ME  04104-5029
Tel. (207) 774-1200

Attorneys for Plaintiffs


WILLIAM J. SCHNEIDER
Attorney General


/s/ Thomas A. Knowlton
Thomas A. Knowlton
Assistant Attorney General
thomas.a.knowlton@maine.gov
Paul Stern
Deputy Attorney General
paul.d.stern@maine.gov
Nancy Macirowski
Assistant Attorney General
nancy.macirowski@maine.gov
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800

Attorneys for Defendant