UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| IMS HEALTH INCORPORATED; VERISPAN, LLC; and SOURCE HEALTHCARE ANALYTICS, INC., a subsidiary of WOLTERS KLUWER, HEALTH INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:07-cv-00127-JAW |
| vs. | ) ) | |
| WILLIAM J. SCHNEIDER, as Attorney General of the State of Maine, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AS TO COUNTS II, III, AND IV**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties hereby stipulate to the dismissal of the claims set forth in Counts II, III, and IV of the plaintiffs' complaint, dated August 29, 2007, without prejudice.

Dated: August 19, 2011

Respectfully submitted,

/s/ Thomas R. Julin
Thomas R. Julin, Esq.
tjulin@hunton.com
Hunton & Williams, LLP
1111 Brickell Ave., Suite 2500
Miami FL 33131
Tel. (305) 810-2516

John H. Montgomery, Esq.
jmontgomery@bernsteinshur.com
Bernstein, Shur
PO Box 9729
Portland ME  04104-5029
Tel. (207) 774-1200

Attorneys for Plaintiffs

WILLIAM J. SCHNEIDER
Attorney General


/s/ Thomas A. Knowlton
Thomas A. Knowlton
Assistant Attorney General
thomas.a.knowlton@maine.gov
Paul Stern
Deputy Attorney General
paul.d.stern@maine.gov
Nancy Macirowski
Assistant Attorney General
nancy.macirowski@maine.gov
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800

Attorneys for Defendant