UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IMS HEALTH INCORPORATED; VERISPAN, LLC; and SOURCE HEALTHCARE ANALYTICS, INC., a subsidiary of WOLTERS KLUWER, HEALTH INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM J. SCHNEIDER, as Attorney General of the State of Maine, <br><br> Defendant. | Case No. 1:07-cv-00127-JAW |

## FINAL JUDGMENT

Pursuant to the Stipulation Regarding Judgment on Count I, entered by the parties on August 19, 2011, and the Order on Remand dated September 15, 2011, is it hereby

ORDERED, ADJUDGED AND DECLARED:

1. That Judgment shall enter for the plaintiffs on Count I of plaintiffs' Complaint dated August 29, 2007.

2. That 22 M.R.S. § 1711-E(2-A) and § 1711-E(3), to the extent that it provides for enforcement of § 1711-E(2-A), are in violation of the First and Fourteenth Amendments to the United States Constitution.

3. That the Court retains jurisdiction to the extent permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court to determine entitlement and amount of attorney's fees, expenses, and costs, if any, to be awarded to plaintiffs.

Dated this 15th day of September, 2011.

/s/John A. Woodcock, Jr.
John A. Woodcock, Jr.
Chief United States District Judge